No. 91–198. HARRIS TRUST & SAVINGS BANK, AS TRUSTEE, ET AL. *v.* E–II HOLDINGS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–201. SPUDICH *v.* SUPERVISOR OF LIQUOR CONTROL OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 91–203. NEWTON *v.* NATIONAL BROADCASTING CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–204. HARRIS COUNTY, TEXAS *v.* WALSWEER. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 91–209. GILBERT ET AL. *v.* CITY OF CAMBRIDGE ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–210. ABC, INC., DBA ABC BOOKS, INC., ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–211. DIPETTO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–214. TEMPLE OF THE LOST SHEEP, INC., AKA ACTION COMMITTEE TO HELP THE HOMELESS NOW, ET AL. *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–215. FARIAS *v.* BEXAR COUNTY BOARD OF TRUSTEES FOR MENTAL HEALTH MENTAL RETARDATION SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–218. DECLARA *v.* METROPOLITAN TRANSPORTATION AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–219. POWELL ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–220. BARLETTA *v.* VACCA. C. A. 1st Cir. Certiorari denied.